IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, et al., | ) ) ) | CV 25-00421 LEK-RT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CENTRAL CONSTRUCTION, INC.; et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on December 12, 2025 and served on all parties on December 17, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)© and Local Rule 74.1, the "Findings and Recommendation to Enter Default Judgment and Award Damages Against Central Construction, Inc.", ECF No. 15, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 9, 2026.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge